

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
Region 1  Boston, Massachusetts
10 Causeway Street, 6th Floor
Boston, MA 02222-1072
(617) 565-6700

November 17, 2010

The Honorable Patti Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

                Re:    Pye v. The Longy School of Music
                       Case Number: 1:10-CV-11974-PBS

Dear Judge Saris:

      I am lead counsel for Petitioner Rosemary Pye in the above-titled case, which has been assigned to you.  In order to avoid any conflict or appearance of conflict, I wish to advise you that this Regional Office of the National Labor Relations Board has extended an offer of post-graduation employment to Letitia Silas, who we understand is currently an intern in your chambers.

      In addition, Ms. Silas was employed by this office as a law student intern from June 7, 2010 through August 31, 2010.  The original unfair labor practice charge in this case was filed on August 9, 2010, and assigned to me for investigation.  As I was assigned to mentor Ms. Silas for the term of her internship, I spoke with her frequently throughout her employment, and may have discussed some aspects of this case with her, although I have no specific recollection of any such conversation.

      Since Ms. Silas completed her internship with the Region, I have I met with her socially on one occasion.

      Please advise me if the Court requires any additional information regarding this matter.

                                    Respectfully submitted,

                                    /s/Elizabeth M. Tafe
                                    Elizabeth M. Tafe, BBO #641529

Attorney for Petitioner
National Labor Relations Board, First Region
10 Causeway Street, Suite 601
Boston, MA  02222
(617) 565-6739
Elizabeth.Tafe@nlrb.gov

## Certificate of Service

I, Elizabeth M. Tafe, hereby certify that a copy of the foregoing Letter to Judge Patti Saris, electronically filed with the Court this 17th day of November, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies shall be sent to any non-registered participants.

/s/ Elizabeth M. Tafe
Elizabeth M. Tafe, BBO # 641529


Attorney for Petitioner
National Labor Relations Board, First Region
10 Causeway Street, Suite 601
Boston, MA  02222
(617) 565-6739
Elizabeth.Tafe@nlrb.gov